IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-03268-PAB-NRN

FIDEL A. PENA-GIL,

    Petitioner,

v.

TODD M. LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement,
ROBERT GUADIAN, Field Director of the Denver Field Office, and
WARDEN, Aurora Contract Detention Facility,

    Respondents.

---

## MINUTE ORDER

**Entered by Chief Judge Philip A. Brimmer**

    This matter is before the Court on petitioner Fidel A. Pena-Gil's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [Docket No. 1] and Motion for Issuance of an Order to Show Cause and for a Preliminary Injunction [Docket No. 7]. Petitioner requests that the Court "issue an order directing Respondents to show cause within three days why the petition for a writ of habeas corpus should not be granted" and if the Court "sets a period longer than three days for Respondents to show cause, Mr. Pena requests that it be no longer than ten days." Docket No. 8 at 2.

    The Court will grant petitioner's motion for issuance of an order to show cause. Petitioner shall, by overnight mail and email, serve respondents with a copy of the petition, the motion for issuance of an order to show cause and a preliminary injunction, and this order **on or before October 27, 2025**. Petitioner shall file proof of service.

    Within **10 days of service**, respondents shall show cause why the petition for writ of habeas corpus should not be granted and shall respond to petitioner's motion for a preliminary injunction. Petitioner may file a reply within **seven days** of respondents filing their response.

    Therefore, it is

    **ORDERED** that the Motion for Issuance of an Order to Show Cause and for a Preliminary Injunction [Docket No. 7] is **GRANTED in part**. It is further

**ORDERED** that petitioner shall serve respondents **on or before October 27, 2025**.  It is further

**ORDERED** that respondents shall show cause why the Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [Docket No. 1] should not be granted and respond to the Motion for a Preliminary Injunction [Docket No. 7] within **10 days of service**.  It is further

**ORDERED** that petitioner may file a reply within **seven days** of respondents' filing their response.

DATED October 23, 2025.